FILED
CLERK, U.S. DISTRICT COURT
10/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE   DEPUTY

**REDACTED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GOTV STREAMING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 2:22-cv-07556-RGK-SHK<br><br>Hon. R. Gary Klausner<br>Courtroom 850 – Roybal<br><br>**VERDICT FORM**<br><br>Date:       October 2, 2023<br>Time:      9:00 a.m.<br>Ctrm:      850<br><br>FAC Filed:  November 10, 2022<br>Trial Date:  October 17, 2023 |

In answering the following questions, please follow the directions provided throughout the Verdict Form. Your answer to each question must be **unanimous**. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to and consider the Jury Instructions as you answer these questions in the Verdict Form.

"GoTV" refers to Plaintiff GoTV Streaming, LLC, and "Netflix" refers to Defendant Netflix, Inc. The "'245 Patent" means U.S. Patent Number 8,478,245, and the "'715 Patent" means U.S. Patent Number 8,989,715.

## I. INFRINGEMENT

1. Did GoTV prove by a preponderance of the evidence that Netflix infringed the following claim of the '715 Patent?

    "YES" is a finding for **GoTV**. "NO" is a finding for **Netflix**.

    Please check the box that reflects your verdict.

| Claims | Infringement | |
|---|---|---|
| | YES | NO |
| 4 | ✓ | |

2. Did GoTV prove by a preponderance of the evidence that Netflix infringed the following claim of the '245 Patent?

    "YES" is a finding for **GoTV**. "NO" is a finding for **Netflix**.

    Please check the box that reflects your verdict.

| Claims | Infringement | |
|---|---|---|
| | YES | NO |
| 16 | | ✓ |

If you found claim 4 of the '715 Patent or claim 16 of the '245 Patent to be infringed, please answer Question 3 regarding damages.

## II. DAMAGES

3. If you found claim 4 of the '715 Patent or claim 16 of the '245 Patent to be infringed please proceed to answer Questions a and b. Otherwise skip to signature page.

   a. What amount of damages do you find GoTV has proven, by a preponderance of the evidence, would compensate GoTV for infringement by Netflix?

   $ *2,500,000*

   b. Is this amount based on a paid up lump sum license, or a running royalty?

   *LUMP SUM*

1  You have now reached the end of the Special Verdict Form. Please review it
2  to ensure it accurately reflects your unanimous determinations. The Presiding Juror
3  should then sign and date the Verdict Form in the spaces below and notify the Court
4  personnel that you have reached a verdict. The Presiding Juror should hold on to the
5  Special Verdict Form and bring it when the jury is brought back into the courtroom.

_10/20/23_

DATE                                                                              **SIGNATURE REDACTED BY THE COURT**

                                                                                         PRESIDING JUROR