JS6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GOTV STREAMING, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-07556-RGK-SHK<br><br>HON. R. GARY KLAUSNER<br>COURTROOM 850 – ROYBAL<br><br>**FINAL JUDGMENT**<br><br>FAC Filed:   November 10, 2022<br>Trial Date:   October 17, 2023 |

**WHEREAS**, this action was tried to a jury beginning on October 17, 2023, and, on October 20, 2023, the jury returned a verdict. Dkt. 398.

**WHEREAS**, the Court took the Parties' respective Motions for Judgment as a Matter of Law under Fed. R. Civ. P. 50(a) under submission (Dkt. 389 and 403), and, after considering the Motions, issued an Order on November 28, 2023, Granting-in-Part and Denying-in-Part Netflix, Inc.'s ("Netflix" or "Defendant") Motion for Judgment as a Matter of Law, Granting-in-Part and Denying-in-Part GoTV Streaming, LLC's ("GoTV" or "Plaintiff") Motion for Judgment as a Matter of Law. Dkt. 415.

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER AS FOLLOWS:**

1. U.S. Patent Nos. 8,103,865 (the "'865 Patent"), 8,478,245 (the "'245 Patent"), and 8,989,715 (the "'715 Patent") are not invalid under 35 U.S.C. § 101.

2. The '865 Patent is invalid under 35 U.S.C. § 112.

3. Defendant has literally infringed Claim 4 the '715 Patent.

4. Defendant has not literally infringed Claim 16 of the '245 Patent.

5. Defendant has not infringed Claim 4 of the '715 Patent or Claim 16 of the '245 Patent under the doctrine of equivalents.

6. Judgment as a matter of law is entered for Plaintiff on its ownership of the '715 and '245 Patents.

7. Judgment as a matter of law is entered against Defendant on its counterclaims of invalidity of Claim 4 of the '715 Patent and Claim 16 of the '245 Patent.

8. Defendant shall pay Plaintiff compensatory damages in the amount of a paid-up lump sum of $2,500,000.

9. Plaintiff is awarded pre-judgment interest applicable to the compensatory damages award, from the date the Complaint was filed, October 17, 2022, until the date of entry of judgment, at a rate of 7%, compounded annually.

10. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to the compensatory damages award and to the pre-judgment interest, calculated in the manner set forth in 28 U.S.C. § 1961(a), from the date of entry of judgment until paid.

11. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule 54-1, and 28 U.S.C. § 1920, Plaintiff is the prevailing party in this case and shall recover its costs from Defendant, and Plaintiff is directed to file its proposed bill of costs.

12. This Order is without prejudice to Plaintiff's right to seek attorneys' fees pursuant to, among other things, 35 U.S.C. § 285.

Entry of this Final Judgment is in the public interest. There being no just reason for delay, the Clerk is directed to enter judgment immediately.

**IT IS SO ORDERED.**

DATED: January 16, 2024

HONORABLE R. GARY KLAUSNER
United States District Court Judge