# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

GOTV STREAMING, LLC,

    *Plaintiff*,

v.

NETFLIX, INC.,

    *Defendant*.

Case No.: 2:22-cv-07556-RGK-SHK

HON. R. GARY KLAUSNER
COURTROOM 850 – ROYBAL

**AMENDED [PROPOSED] FINAL JUDGMENT [485] [488]**

**WHEREAS**, this action was tried to a jury beginning on October 17, 2023, the jury returned a verdict on October 20, 2023 (Dkt. 398), and the Court subsequently entered its judgment on January 16, 2024 (Dkt. 425).

**WHEREAS**, Plaintiff GoTV Streaming, LLC, filed a Notice of Appeal on April 4, 2024 (Dkt. 459) and Defendant Netflix, Inc. filed a Notice of Appeal on April 19, 2024 (Dkt. 476).

**WHEREAS**, the Court of Appeals for the Federal Circuit entered an Opinion and Judgment in CCA # 2024-1669 and 2024-1744 reversing the Court's judgment, vacating-in-part, and directing judgment in favor of Netflix (Dkt. 482, 483), and issued its Mandate effectuating the same (Dkt. 484) (collectively, "the Federal Circuit Orders"),

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER AS FOLLOWS:**

1.    The Court's prior, January 16, 2024 Judgment (Dkt. 425) is hereby vacated.

2.    The asserted claims of U.S. Patent Nos. 8,103,865 ("the '865 Patent") (*i.e.*, claims 1-20, 34), 8,478,245 ("the '245 Patent") (*i.e.*, claims 1-5, 10, 12-16, 21), and 8,989,715 ("the '715 Patent") (*i.e.*, 1-4, 9-12, 16-19) are invalid under 35 U.S.C. § 101, and Defendant therefore has not infringed such patents.

3.      Plaintiff is no longer the prevailing party in this action.  Accordingly, the Court's Order (Dkt. 481) on Plaintiff's Motion for Attorney Fees (Dkt. 432 and 457) is reversed and denied, and Plaintiff's Bill of Costs (Dkt. 453) is denied, and Plaintiff takes no fees or costs from Defendant.

4.      Plaintiff takes no damages, pre-judgment interest, or post-judgment interest from Defendant, nor is there any enhancement of same.

5.      Except as set forth above, all rulings from this Court in this action are hereby modified, if necessary, to effectuate the Federal Circuit Orders, and all pending motions are denied as moot.  All other claims and counterclaims in this matter are dismissed with prejudice.

6.      Each party shall bear its own fees and costs.

Entry of this Final Judgment is in the public interest.  There being no just reason for delay, the Clerk is directed to enter judgment immediately.

**IT IS SO ORDERED.**

DATED: 4/21/2026

_____
HONORABLE  R. GARY KLAUSNER
United States District Judge

AMENDED [PROPOSED] FINAL JUDGMENT [485] [488]